**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DISH NETWORK L.L.C.,**
**ECHOSTAR TECHNOLOGIES L.L.C.,**
**and NAGRASTAR LLC,**

        Plaintiffs,

    v.

**LAWRENCE IRVING,**

        Defendant.

**Case No:** 8:14-cv-02199-VMC-MAP

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURES STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. DISH Network L.L.C. – Plaintiff

    b. DISH DBS Corporation – Sole Member of DISH Network, L.L.C.

    c. DISH Network Corp. – Owner of DISH DBS Corporation

    d. EchoStar Technologies L.L.C – Plaintiff

    e. EchoStar Corporation – Sole Member of EchoStar Technologies, L.L.C.

    f. NagraStar LLC – Plaintiff

    g. Nagra USA, Inc. – Member of NagraStar LLC

    h. Kudelski SA – Owner of Nagra USA, Inc.

    i. Lawrence Irving – Defendant

  j. Christopher P. Craven, Esquire – Counsel for Plaintiffs

  k. Kevin A. Goldberg, Esquire – Counsel for Plaintiffs

  l. James A. Boatman, Jr., Esquire – Counsel for Plaintiffs

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  a. None

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  a. Not applicable

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  a. DISH Network L.L.C.

  b. EchoStar Technologies L.L.C.,

  c. NagraStar LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: September 11, 2014       Respectfully submitted,

                  / s/ James A. Boatman, Jr.
                  James A. Boatman, Jr.
                  jab@boatman-law.com
                  Florida Bar No. 0130184
                  **THE BOATMAN LAW FIRM PA**
                  3021 Airport-Pulling Road North, Suite 202
                  Naples, FL 34105
                  Telephone: (239) 330-1494
                  Facsimile: (239) 236-0376

>Christopher P. Craven (*pro hac vice* to be filed)
>christopher.craven@hnbllc.com
>Kevin A. Goldberg (*pro hac vice to be filed*)
>kevin.goldberg@hnbllc.com
>**HAGAN NOLL & BOYLE LLC**
>Two Memorial City Plaza
>820 Gessner, Suite 940
>Houston, Texas 77024
>Telephone: (713) 343-0478
>Facsimile: (713) 758-0146
>
>Attorneys for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I electronically filed the foregoing with the Clerk of the Court. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Lawrence Irving
3114 Briar St.
Zephyrhills, FL 33543

>s/ James A. Boatman, Jr.
>James A. Boatman, Jr.
>Florida Bar No. 0130184
>THE BOATMAN LAW FIRM PA
>3021 Airport-Pulling Road North, Suite 202
>Naples, Florida 34105
>Telephone:  (239) 330-1494
>Facsimile:  (239) 236-0376
>Email:  jab@boatman-law.com
>
>Attorney for Plaintiff DISH Network L.L.C.